**Docket & File**

**MINUTE ENTRY**

JOAN M. AZRACK, USMJ                                   DATE: 04/30/13

DOCKET: 13-cv-00584 (MKB)                              CASE: Aimetti v. City

☐ TELEPHONE        ☑ IN-PERSON

**CIVIL CAUSE FOR:**
☑ INITIAL CONF.   ☐ STATUS CONF.   ☐ SETTLEMENT CONF.   ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court:  ☐ 15   ☑ 30   ☐ 45   ☐ 60   ☐ Other: ____

FOR PLAINTIFF: Richard Cardinale

FOR DEFENDANT: Nick Melissinos
               Sumit Sud

☐ *Docket Clerks are directed to enter the following Order(s):*

Early stt

6/13/13  11:00

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*
☐ Next conference on  6/13/13 11      ☐ Telephone   ☑ (In-Person)
☐ Pre-Trial Order by _____