# MINUTE ENTRY

JOAN M. AZRACK, USMJ     DATE: 06/13/13

DOCKET: 13-cv-00584 (MKB)     CASE: Aimetti v. City

☐ TELEPHONE    ☑ IN-PERSON

**CIVIL CAUSE FOR:**

☐ INITIAL CONF.    ☐ STATUS CONF.    ☑ SETTLEMENT CONF.    ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court: ☐ 15    ☐ 30    ☐ 45    (☐ 60)    ☐ Other: ____

FOR PLAINTIFF: Richard Cardinale (w/ π)

FOR DEFENDANT: Nick Melissinos

☐ *Docket Clerks are directed to enter the following Order(s):*

Settled

— parties to file stip within 30 days

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*

☐ Next conference on _____    ☐ Telephone    ☐ In-Person

☐ Pre-Trial Order by _____