UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ROBERT AIMETTI,

                                   Plaintiff,        STIPULATION AND ORDER OF
                                                    DISMISSAL

             -against-

CITY OF NEW YORK, ET AL.,                     13 CV 00584 (MKB) (JMA)

                                 Defendant.

------------------------------------------------------------------x

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.  The above-referenced action is hereby dismissed with prejudice; and



2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

RICHARD CARDINALE
*Attorney for Plaintiff*
26 Court Street, Suite 1815
Brooklyn, NY 11242

By: _____
Richard Cardinale
*Attorney for Plaintiff*

Dated: New York, New York
6/27/13, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City and Dispigna*
100 Church Street, Rm. 3-168B
New York, New York 10007

By: _____
Melissinos, Nicholas
*Special Assistant Corporation Counsel*

SO ORDERED:

_____
HON. MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE